SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>WBL&CC, LLC, et al.,<br><br>Defendants. | Case No.: CIV. S-10-02499-FCD-DAD<br><br>**ORDER FOR DISMISSAL OF SHANKLY DEVELOPMENT ONLY**<br><br>Complaint Filed: SEPTEMBER 15, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Shankly Development) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41(a)(2). This case is to remain open with remaining Defendants. Defendant (Shankly Development) is dismissed because Plaintiff cannot effect service.

Dated: November 24, 2010                  /s/Scott N. Johnson
                                          SCOTT N. JOHNSON
                                          Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: November 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE