MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
koenigsbergm@gtlaw.com

Attorneys for Defendants,
WBL&CC, LLC; 3G, LLC; G CUBED, LLC;
POCKET TOWNHOMES, LLC; and AM/SM, LLC

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>WBL&CC, LLC, a California Limited Liability Company; 3G, LLC, a California Limited Liability Company; G CUBED, LLC, a California Limited Liability Company; POCKET TOWNHOMES, LLC, a California Limited Liability Company; SHANKLY DEVELOPMENT, LLC, a California Limited Liability Company; AM/SM, LLC, a California Limited Liability Company, et al.,<br><br>        Defendants. | CASE NO. 2:10-CV-02499-KJM-DAD<br><br>**STIPULATED DISMISSAL AND ORDER THEREON** |

**IT IS HEREBY STIPULATED**, by and between the parties to this action, through their respective counsel, that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties shall bear their own fees and costs.

Dated:  June 6, 2011                LAW OFFICES OF SCOTT N. JOHNSON


                                    By: /s/Scott N. Johnson (as authorized on 6/3/11)
                                        SCOTT N. JOHNSON
                                        Attorneys for Plaintiff,
                                        SCOTT N. JOHNSON

Dated:  June 6, 2011                GREENBERG TRAURIG, LLP


                                    By: /s/ Marc B. Koenigsberg
                                        MARC B. KOENIGSBERG
                                        Attorney for Defendants
                                        WBL&CC, LLC; 3G, LLC; G CUBED, LLC;
                                        POCKET TOWNHOMES, LLC; and
                                        AM/SM, LLC


          **IT IS SO ORDERED.**

DATED:  June 8, 2011.

                                    _____
                                    UNITED STATES DISTRICT JUDGE